EXHIBIT "3"



62480309
Sep 21 2018
03:37PM

1   LISA L. OBERG (SBN 120139)
      Lisa.Oberg@dentons.com
2   JENNIFER J. LEE (SBN 203774)
      Jennifer.Lee@dentons.com
3   EMILY K. AYERS (SBN 236698)
      Emily.Ayers@dentons.com
4   DENTONS US LLP
    One Market Plaza, Spear Tower, 24th Floor
5   San Francisco, California 94105
    *Telephone:*     415.267.4000
6   *Facsimile:*     415.267.4198

7   NEIL LLOYD (SBN 317457)
      nlloyd@schiffhardin.com
8   SCHIFF HARDIN LLP
    233 S. Wacker Drive, Suite 7100
9   Chicago, Illinois 60606
    *Telephone:*     312.258-5500
10  *Facsimile:*     312 258-5600

11  Attorneys for Defendant
    CERTAINTEED CORPORATION

12

13              SUPERIOR COURT OF THE STATE OF CALIFORNIA

14                        COUNTY OF ALAMEDA

15

16  ANGELA D. ESPINOSA, *et al.*,              CASE NO. RG18893674

17              Plaintiffs,                     **DEFENDANT CERTAINTEED CORPORATION'S
                                                REQUEST FOR PRODUCTION OF DOCUMENTS**
18        v.                                    **TO PLAINTIFF ANGELA D. ESPINOSA (SET
                                                ONE)**
19  CERTAINTEED CORPORATION, *et al.*,

20              Defendants.

21

22  PROPOUNDING PARTY:        Defendant CERTAINTEED CORPORATION

23  RESPONDING PARTY:         Plaintiff ANGELA D. ESPINOSA

24  SET NO.:                  ONE

25

26

27

28

DENTONS US LLP
ONE MARKET PLAZA, SPEAR TOWER, 24TH FLOOR
SAN FRANCISCO, CALIFORNIA 94105
(415) 267-4000

**TO PLAINTIFF AND PLAINTIFF'S ATTORNEY OF RECORD HEREIN:**

Defendant CERTAINTEED CORPORATION, hereby requests that plaintiff respond to the following Request for Production of Documents in accordance with California Code of Civil Procedure sections 2031.210 et seq.; and that responsive documents be produced within thirty (30) days of the date of this writing at 10:00 a.m. at the law offices of DENTONS US LLP, One Market Plaza, Spear Tower 24th Floor, San Francisco, California 94105.

Any documents previously produced through discovery will be excused if a formal response to this request sets forth each and every such document with particularity, including date, author, sender and recipient.

If you contend that any document within the scope of this request is privileged and is not subject to production, please identify each document in your written response with particularity, including the description, date of the item, all persons with access to the item, and the reasons why you believe the document is privileged.

<u>**REQUESTS FOR PRODUCTION**</u>

<u>**REQUEST FOR PRODUCTION NO. 1:**</u>

Any and all DOCUMENTS identified and/or relied upon in YOUR responses to Defendant CERTAINTEED CORPORATION's Special Interrogatories, Set One, served herewith.

(As used in this interrogatory and hereinafter, "YOU" and "YOUR," refers to plaintiffs, plaintiffs' attorney, employee(s), agent(s), investigator(s), and any other person(s) working under their direction or on plaintiffs' behalf.)

(As used in this Request for Production and throughout these requests, "DOCUMENT" means a writing, as defined in Evidence Code section 250, and includes the original or a copy of handwriting, typewriting, printing, photostats, photographs, electronically stored information, and every other means of recording upon any tangible thing and form of communicating or

///
///
///
///

1  representation, including letters, words, pictures, sounds, or symbols, or combinations of them.)

2

3  Dated:  September 21, 2018          DENTONS US LLP

4

5                                      By: _____

6                                           LISA L. OBERG
                                            JENNIFER J. LEE
7                                           EMILY K. AYERS

8                                      Attorneys for Defendant
                                       CERTAINTEED CORPORATION

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ONE MARKET PLAZA, SPEAR TOWER, 24TH FLOOR
DENTONS US LLP
SAN FRANCISCO, CALIFORNIA 94105
(415) 267-4000

DENTONS US LLP
ONE MARKET PLAZA, SPEAR TOWER, 24TH FLOOR
SAN FRANCISCO, CALIFORNIA 94105
(415) 267-4000

## PROOF OF SERVICE

_Angela D. Espinosa, et al. v. CertainTeed Corporation, et al._
Alameda County Superior Court Case No. RG18893674

At the time of service, I was over 18 years of age and **not a party to this action**.  I am employed in the County of San Francisco, State of California.  My business address is One Market Plaza, Spear Tower, 24th Floor, San Francisco, CA 94105-1101, United States.

On September 21, 2018, I served true copies of the following document(s) described as **DEFENDANT CERTAINTEED CORPORATION'S REQUEST FOR PRODUCTION OF DOCUMENTS TO PLAINTIFF ANGELA D. ESPINOSA (SET ONE)** on the interested parties in this action as follows:

**BY ELECTRONIC SERVICE:**  I electronically served the document(s) described above via File & Serve _Xpress_, on the recipients designated on the Transaction Receipt located on the File & Serve _Xpress_ website (www.fileandservexpress.com) pursuant to the Court Order establishing the case website and authorizing service of documents.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on September 21, 2018, at San Francisco, California.

_____
KRISTINA ESQUIVEL

## File & ServeXpress Transaction Receipt

| | |
|---|---|
| **File & ServeXpress Transaction ID:** | 62480309 |
| **Submitted by:** | Kristina Esquivel, Dentons US LLP - San Francisco |
| **Authorized by:** | Emily Ayers, Dentons US LLP - San Francisco |
| **Authorize and file on:** | Sep 21 2018 3:37PM PDT  [i] |

| | |
|---|---|
| **Court:** | CA Superior Court County of Alameda-eService |
| **Division/Courtroom:** | N/A |
| **Case Class:** | Asbestos-In Re: Alameda County Asbestos Litigation |
| **Case Type:** | Asbestos |
| **Case Number:** | RG18893674 |
| **Case Name:** | Espinosa, Angela vs Certainteed Corp et al |

| | |
|---|---|
| **Transaction Option:** | Serve Only - Public |
| **Billing Reference:** | 15026123-000025 |
| **Read Status for e-service:** | Not Purchased |

**Documents List**

**9 Document(s)**

| Attached Document, 1 Pages | Document ID: 82025543 | | |
|---|---|---|---|
| **Document Type:** Correspondence | **Access:** Secure Public | **Statutory Fee:** $0.00 | **Linked:** |
| **Document title:** Sept. 21, 2018 Letter re discovery | | | |

| Attached Document, 11 Pages | Document ID: 82025544 | | |
|---|---|---|---|
| **Document Type:** Discovery | **Access:** Secure Public | **Statutory Fee:** $0.00 | **Linked:** |
| **Document title:** CERTAINTEED CORPORATION'S SPECIAL INTERROGATORIES TO PLAINTIFF PATRICIA L. FONSETH (SET ONE) | | | |

| Attached Document, 10 Pages | Document ID: 82025545 | | |
|---|---|---|---|
| **Document Type:** Discovery | **Access:** Secure Public | **Statutory Fee:** $0.00 | **Linked:** |
| **Document title:** CERTAINTEED CORPORATION'S SPECIAL INTERROGATORIES TO PLAINTIFF CHRISTOPHER M. ESPINOSA (SET ONE) | | | |

| Attached Document, 10 Pages | Document ID: 82025546 | | |
|---|---|---|---|
| **Document Type:** Discovery | **Access:** Secure Public | **Statutory Fee:** $0.00 | **Linked:** |
| **Document title:** CERTAINTEED CORPORATION'S SPECIAL INTERROGATORIES TO PLAINTIFF ANGELA D. ESPINOSA (SET ONE) | | | |

| Attached Document, 10 Pages | Document ID: 82025547 | | |
|---|---|---|---|
| **Document Type:** Discovery | **Access:** Secure Public | **Statutory Fee:** $0.00 | **Linked:** |
| **Document title:** CERTAINTEED CORPORATION'S SPECIAL INTERROGATORIES TO PLAINTIFF TRISTA HAGGARD (SET ONE) | | | |

| Attached Document, 4 Pages | Document ID: 82025548 | | |
|---|---|---|---|
| **Document Type:** Discovery | **Access:** Secure Public | **Statutory Fee:** $0.00 | **Linked:** |
| **Document title:** DEFENDANT CERTAINTEED CORPORATION'S REQUEST FOR PRODUCTION OF DOCUMENTS TO PLAINTIFF TRISTA HAGGARD (SET ONE) | | | |

| Attached Document, 4 Pages | | | |
|---|---|---|---|
| **Document Type:** | **Access:** | **Statutory Fee:** | **Linked:** |

| | | | |
|---|---|---|---|
| Discovery | Secure Public | $0.00 | |

**Document title:**
DEFENDANT CERTAINTEED CORPORATION'S REQUEST FOR PRODUCTION OF DOCUMENTS TO PLAINTIFF ANGELA D. ESPINOSA (SET ONE)

**Attached Document, 4 Pages**

| Document Type: | Access: | Statutory Fee: | Linked: |
|---|---|---|---|
| Discovery | Secure Public | $0.00 | |

**Document title:**
DEFENDANT CERTAINTEED CORPORATION'S REQUEST FOR PRODUCTION OF DOCUMENTS TO PLAINTIFF CHRISTOPHER M. ESPINOSA (SET ONE)

**Attached Document, 4 Pages**

| Document Type: | Access: | Statutory Fee: | Linked: |
|---|---|---|---|
| Discovery | Secure Public | $0.00 | |

**Document title:**
DEFENDANT CERTAINTEED CORPORATION'S REQUEST FOR PRODUCTION OF DOCUMENTS TO PLAINTIFF PATRICIA L. FONSETH (SET ONE)

[−] Expand All

[−] **Sending Parties (1)**

| Party | Party Type | Attorney | Firm | Attorney Type |
|---|---|---|---|---|
| CERTAINTEED CORP | Defendant | Lee, Jennifer | Dentons US LLP - San Francisco | Attorney in Charge |

[−] **Recipients (2)**

[−] Service List (2)

| Delivery Option | Party | Party Type | Attorney | Firm | Attorney Type | Method |
|---|---|---|---|---|---|---|
| Service | Espinosa, Angela | Plaintiff | Langdoc, John | Kazan McClain Satterley & Greenwood | Attorney in Charge | E-Service |
| Service | Espinosa, Angela | Plaintiff | Smith, Denise R | Kazan McClain Satterley & Greenwood | Attorney in Charge | E-Service |

[−] Additional Recipients (0)

[+] **Case Parties**

Close

---

**About File & ServeXpress (http://www.fileandservexpress.com/about-us)** | **Resource Center (https://resourcecenter.fileandservexpress.com/resourcecenterwebui/default.aspx?ut=FC)** | **FAQs (/FSXMasterPage/FAQ)** | **Terms & Conditions (https://secure.fileandservexpress.com/agreement.htm)** | **Privacy (http://www.fileandservexpress.com/privacy)**

**Client Support**
© 2018 File & ServeXpress, LLC. All rights reserved.
☎ 1-888-529-7587
✉ support@fileandserve.com (mailto:support@fileandserve.com)
💬 Chat Online



62480309
Sep 21 2018
03:37PM

1  LISA L. OBERG (SBN 120139)
      Lisa.Oberg@dentons.com
2  JENNIFER J. LEE (SBN 203774)
      Jennifer.Lee@dentons.com
3  EMILY K. AYERS (SBN 236698)
      Emily.Ayers@dentons.com
4  DENTONS US LLP
   One Market Plaza, Spear Tower, 24th Floor
5  San Francisco, California 94105
   *Telephone:*    415.267.4000
6  *Facsimile:*    415.267.4198

7  NEIL LLOYD (SBN 317457)
      nlloyd@schiffhardin.com
8  SCHIFF HARDIN LLP
   233 S. Wacker Drive, Suite 7100
9  Chicago, Illinois 60606
   *Telephone:*    312.258-5500
10 *Facsimile:*    312 258-5600

11 Attorneys for Defendant
   CERTAINTEED CORPORATION

12

13            SUPERIOR COURT OF THE STATE OF CALIFORNIA

14                       COUNTY OF ALAMEDA

15

16 ANGELA D. ESPINOSA, *et al.*,            CASE NO. RG18893674

17            Plaintiffs,                    DEFENDANT CERTAINTEED CORPORATION'S
                                             REQUEST FOR PRODUCTION OF DOCUMENTS
18       v.                                  TO PLAINTIFF CHRISTOPHER M. ESPINOSA
                                             (SET ONE)
19 CERTAINTEED CORPORATION, *et al.*,

20            Defendants.

21

22 PROPOUNDING PARTY:        Defendant CERTAINTEED CORPORATION

23 RESPONDING PARTY:         Plaintiff CHRISTOPHER M. ESPINOSA

24 SET NO.:                  ONE

25

26

27

28

DENTONS US LLP
ONE MARKET PLAZA, SPEAR TOWER, 24TH FLOOR
SAN FRANCISCO, CALIFORNIA 94105
(415) 267-4000

**TO PLAINTIFF AND PLAINTIFF'S ATTORNEY OF RECORD HEREIN:**

Defendant CERTAINTEED CORPORATION, hereby requests that plaintiff respond to the following Request for Production of Documents in accordance with California Code of Civil Procedure sections 2031.210 et seq.; and that responsive documents be produced within thirty (30) days of the date of this writing at 10:00 a.m. at the law offices of DENTONS US LLP, One Market Plaza, Spear Tower 24th Floor, San Francisco, California 94105.

Any documents previously produced through discovery will be excused if a formal response to this request sets forth each and every such document with particularity, including date, author, sender and recipient.

If you contend that any document within the scope of this request is privileged and is not subject to production, please identify each document in your written response with particularity, including the description, date of the item, all persons with access to the item, and the reasons why you believe the document is privileged.

<u>**REQUESTS FOR PRODUCTION**</u>

<u>**REQUEST FOR PRODUCTION NO. 1:**</u>

Any and all DOCUMENTS identified and/or relied upon in YOUR responses to Defendant CERTAINTEED CORPORATION's Special Interrogatories, Set One, served herewith.

(As used in this interrogatory and hereinafter, "YOU" and "YOUR," refers to plaintiffs, plaintiffs' attorney, employee(s), agent(s), investigator(s), and any other person(s) working under their direction or on plaintiffs' behalf.)

(As used in this Request for Production and throughout these requests, "DOCUMENT" means a writing, as defined in Evidence Code section 250, and includes the original or a copy of handwriting, typewriting, printing, photostats, photographs, electronically stored information, and every other means of recording upon any tangible thing and form of communicating or

///

///

///

///

DENTONS US LLP
ONE MARKET PLAZA, SPEAR TOWER, 24TH FLOOR
SAN FRANCISCO, CALIFORNIA 94105
(415) 267-4000

1    representation, including letters, words, pictures, sounds, or symbols, or combinations of them.).

2

3    Dated:  September 21, 2018              DENTONS US LLP

4

5                                           By: _____

6                                                LISA L. OBERG
                                                 JENNIFER J. LEE
7                                                EMILY K. AYERS

8                                           Attorneys for Defendant
                                            CERTAINTEED CORPORATION
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DENTONS US LLP
ONE MARKET PLAZA, SPEAR TOWER, 24TH FLOOR
SAN FRANCISCO, CALIFORNIA 94105
(415) 267-4000

DENTONS US LLP
ONE MARKET PLAZA, SPEAR TOWER, 24TH FLOOR
SAN FRANCISCO, CALIFORNIA 94105
(415) 267-4000

1

## PROOF OF SERVICE

2

_Angela D. Espinosa, et al. v. CertainTeed Corporation, et al._
Alameda County Superior Court Case No. RG18893674

3

4   At the time of service, I was over 18 years of age and **not a party to this action**.  I am employed in the County of San Francisco, State of California.  My business address is One Market Plaza, Spear Tower, 24th Floor, San Francisco, CA 94105-1101, United States.

5

6   On September 21, 2018, I served true copies of the following document(s) described as **DEFENDANT CERTAINTEED CORPORATION'S REQUEST FOR PRODUCTION OF DOCUMENTS TO PLAINTIFF CHRISTOPHER M. ESPINOSA (SET ONE)** on the

7   interested parties in this action as follows:

8   **BY ELECTRONIC SERVICE:**  I electronically served the document(s) described above via File & Serve*Xpress*, on the recipients designated on the Transaction Receipt located on the

9   File & Serve*Xpress* website (www.fileandservexpress.com) pursuant to the Court Order establishing the case website and authorizing service of documents.

10

11   I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

12   Executed on September 21, 2018, at San Francisco, California.

13

14   

15   KRISTINA ESQUIVEL

16

17

18

19

20

21

22

23

24

25

26

27

28

Case 3:18-cv-07059-VC  Document 1-4  Filed 11/20/18  Page 12 of 25

**File & ServeXpress Transaction Receipt**

| | |
|---|---|
| File & ServeXpress Transaction ID: | 62480309 |
| Submitted by: | Kristina Esquivel, Dentons US LLP - San Francisco |
| Authorized by: | Emily Ayers, Dentons US LLP - San Francisco |
| Authorize and file on: | Sep 21 2018 3:37PM PDT  [i] |

| | |
|---|---|
| Court: | CA Superior Court County of Alameda-eService |
| Division/Courtroom: | N/A |
| Case Class: | Asbestos-In Re: Alameda County Asbestos Litigation |
| Case Type: | Asbestos |
| Case Number: | RG18893674 |
| Case Name: | Espinosa, Angela vs Certainteed Corp et al |

| | |
|---|---|
| Transaction Option: | Serve Only - Public |
| Billing Reference: | 15026123-000025 |
| Read Status for e-service: | Not Purchased |

**Documents List**

**9 Document(s)**

| Attached Document, 1 Pages | Document ID: 82025543 | | |
|---|---|---|---|
| **Document Type:**<br>Correspondence | **Access:**<br>Secure Public | **Statutory Fee:**<br>$0.00 | **Linked:** |

**Document title:**
Sept. 21, 2018 Letter re discovery

| Attached Document, 11 Pages | Document ID: 82025544 | | |
|---|---|---|---|
| **Document Type:**<br>Discovery | **Access:**<br>Secure Public | **Statutory Fee:**<br>$0.00 | **Linked:** |

**Document title:**
CERTAINTEED CORPORATION'S SPECIAL INTERROGATORIES TO PLAINTIFF PATRICIA L. FONSETH (SET ONE)

| Attached Document, 10 Pages | Document ID: 82025545 | | |
|---|---|---|---|
| **Document Type:**<br>Discovery | **Access:**<br>Secure Public | **Statutory Fee:**<br>$0.00 | **Linked:** |

**Document title:**
CERTAINTEED CORPORATION'S SPECIAL INTERROGATORIES TO PLAINTIFF CHRISTOPHER M. ESPINOSA (SET ONE)

| Attached Document, 10 Pages | Document ID: 82025546 | | |
|---|---|---|---|
| **Document Type:**<br>Discovery | **Access:**<br>Secure Public | **Statutory Fee:**<br>$0.00 | **Linked:** |

**Document title:**
CERTAINTEED CORPORATION'S SPECIAL INTERROGATORIES TO PLAINTIFF ANGELA D. ESPINOSA (SET ONE)

| Attached Document, 10 Pages | Document ID: 82025547 | | |
|---|---|---|---|
| **Document Type:**<br>Discovery | **Access:**<br>Secure Public | **Statutory Fee:**<br>$0.00 | **Linked:** |

**Document title:**
CERTAINTEED CORPORATION'S SPECIAL INTERROGATORIES TO PLAINTIFF TRISTA HAGGARD (SET ONE)

| Attached Document, 4 Pages | Document ID: 82025548 | | |
|---|---|---|---|
| **Document Type:**<br>Discovery | **Access:**<br>Secure Public | **Statutory Fee:**<br>$0.00 | **Linked:** |

**Document title:**
DEFENDANT CERTAINTEED CORPORATION'S REQUEST FOR PRODUCTION OF DOCUMENTS TO PLAINTIFF TRISTA HAGGARD (SET ONE)

| Attached Document, 4 Pages | | | |
|---|---|---|---|
| **Document Type:** | **Access:** | **Statutory Fee:** | **Linked:** |

| Discovery | Secure Public | $0.00 | |

**Document title:**
DEFENDANT CERTAINTEED CORPORATION'S REQUEST FOR PRODUCTION OF DOCUMENTS TO PLAINTIFF ANGELA D. ESPINOSA (SET ONE)

**Attached Document, 4 Pages**

| Document Type: | Access: | Statutory Fee: | Linked: |
|---|---|---|---|
| Discovery | Secure Public | $0.00 | |

**Document title:**
DEFENDANT CERTAINTEED CORPORATION'S REQUEST FOR PRODUCTION OF DOCUMENTS TO PLAINTIFF CHRISTOPHER M. ESPINOSA (SET ONE)

**Attached Document, 4 Pages**

| Document Type: | Access: | Statutory Fee: | Linked: |
|---|---|---|---|
| Discovery | Secure Public | $0.00 | |

**Document title:**
DEFENDANT CERTAINTEED CORPORATION'S REQUEST FOR PRODUCTION OF DOCUMENTS TO PLAINTIFF PATRICIA L. FONSETH (SET ONE)

Expand All

⊟ **Sending Parties (1)**

| Party | Party Type | Attorney | Firm | Attorney Type |
|---|---|---|---|---|
| CERTAINTEED CORP | Defendant | Lee, Jennifer | Dentons US LLP - San Francisco | Attorney in Charge |

⊟ **Recipients (2)**

  ⊟ Service List (2)

| Delivery Option | Party | Party Type | Attorney | Firm | Attorney Type | Method |
|---|---|---|---|---|---|---|
| Service | Espinosa, Angela | Plaintiff | Langdoc, John | Kazan McClain Satterley & Greenwood | Attorney in Charge | E-Service |
| Service | Espinosa, Angela | Plaintiff | Smith, Denise R | Kazan McClain Satterley & Greenwood | Attorney in Charge | E-Service |

  ⊟ Additional Recipients (0)

⊞ **Case Parties**

[ Close ]

**About File & ServeXpress (http://www.fileandservexpress.com/about-us)** | **Resource Center (https://resourcecenter.fileandservexpress.com/resourcecenterwebui/default.aspx?ut=FC)** | **FAQs (/FSXMasterPage/FAQ)** | **Terms & Conditions (https://secure.fileandservexpress.com/agreement.htm)** | **Privacy (http://www.fileandservexpress.com/privacy)**

**Client Support**

© 2018 File & ServeXpress, LLC. All rights reserved.

☎ 1-888-529-7587

✉ support@fileandserve.com (mailto:support@fileandserve.com)

💬 Chat Online


62480309
Sep 21 2018
03:37PM

1   LISA L. OBERG (SBN 120139)
      Lisa.Oberg@dentons.com
2   JENNIFER J. LEE (SBN 203774)
      Jennifer.Lee@dentons.com
3   EMILY K. AYERS (SBN 236698)
      Emily.Ayers@dentons.com
4   DENTONS US LLP
    One Market Plaza, Spear Tower, 24th Floor
5   San Francisco, California 94105
    *Telephone:*    415.267.4000
6   *Facsimile:*    415.267.4198

7   NEIL LLOYD (SBN 317457)
      nlloyd@schiffhardin.com
8   SCHIFF HARDIN LLP
    233 S. Wacker Drive, Suite 7100
9   Chicago, Illinois 60606
    *Telephone:*    312.258-5500
10  *Facsimile:*    312 258-5600

11  Attorneys for Defendant
    CERTAINTEED CORPORATION

12

13              **SUPERIOR COURT OF THE STATE OF CALIFORNIA**

14                       **COUNTY OF ALAMEDA**

15

16  ANGELA D. ESPINOSA, *et al.*,          CASE NO. RG18893674

17              Plaintiffs,                **DEFENDANT CERTAINTEED CORPORATION'S**
                                           **REQUEST FOR PRODUCTION OF DOCUMENTS**
18       v.                                **TO PLAINTIFF PATRICIA L. FONSETH (SET**
                                           **ONE)**
19  CERTAINTEED CORPORATION, *et al.*,

20              Defendants.

21

22  PROPOUNDING PARTY:      Defendant CERTAINTEED CORPORATION

23  RESPONDING PARTY:       Plaintiff PATRICIA L. FONSETH

24  SET NO.:                ONE

25

26

27

28

DENTONS US LLP
ONE MARKET PLAZA, SPEAR TOWER, 24TH FLOOR
SAN FRANCISCO, CALIFORNIA 94105
(415) 267-4000

**TO PLAINTIFF AND PLAINTIFF'S ATTORNEY OF RECORD HEREIN:**

Defendant CERTAINTEED CORPORATION, hereby requests that plaintiff respond to the following Request for Production of Documents in accordance with California Code of Civil Procedure sections 2031.210 et seq.; and that responsive documents be produced within thirty (30) days of the date of this writing at 10:00 a.m. at the law offices of DENTONS US LLP, One Market Plaza, Spear Tower 24th Floor, San Francisco, California 94105.

Any documents previously produced through discovery will be excused if a formal response to this request sets forth each and every such document with particularity, including date, author, sender and recipient.

If you contend that any document within the scope of this request is privileged and is not subject to production, please identify each document in your written response with particularity, including the description, date of the item, all persons with access to the item, and the reasons why you believe the document is privileged.

### REQUESTS FOR PRODUCTION

**REQUEST FOR PRODUCTION NO. 1:**

Any and all DOCUMENTS identified and/or relied upon in YOUR responses to Defendant CERTAINTEED CORPORATION's Special Interrogatories, Set One, served herewith.

(As used in this interrogatory and hereinafter, "YOU" and "YOUR," refers to plaintiffs, plaintiffs' attorney, employee(s), agent(s), investigator(s), and any other person(s) working under their direction or on plaintiffs' behalf.)

(As used in this Request for Production and throughout these requests, "DOCUMENT" means a writing, as defined in Evidence Code section 250, and includes the original or a copy of handwriting, typewriting, printing, photostats, photographs, electronically stored information, and every other means of recording upon any tangible thing and form of communicating or

///

///

///

///

DENTONS US LLP
ONE MARKET PLAZA, SPEAR TOWER, 24TH FLOOR
SAN FRANCISCO, CALIFORNIA 94105
(415) 267-4000

1   representation, including letters, words, pictures, sounds, or symbols, or combinations of them.)

2

3   Dated:  September 21, 2018                    DENTONS US LLP

4

5                                                By:

6                                                     LISA L. OBERG
7                                                     JENNIFER J. LEE
                                                     EMILY K. AYERS
8
                                                Attorneys for Defendant
9                                               CERTAINTEED CORPORATION

DENTONS US LLP
ONE MARKET PLAZA, SPEAR TOWER, 24TH FLOOR
SAN FRANCISCO, CALIFORNIA 94105
(415) 267-4000

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

**PROOF OF SERVICE**

*Angela D. Espinosa, et al. v. CertainTeed Corporation, et al.*
Alameda County Superior Court Case No. RG18893674

At the time of service, I was over 18 years of age and **not a party to this action**.  I am employed in the County of San Francisco, State of California.  My business address is One Market Plaza, Spear Tower, 24th Floor, San Francisco, CA 94105-1101, United States.

On September 21, 2018, I served true copies of the following document(s) described as **DEFENDANT CERTAINTEED CORPORATION'S REQUEST FOR PRODUCTION OF DOCUMENTS TO PLAINTIFF PATRICIA L. FONSETH (SET ONE)** on the interested parties in this action as follows:

**BY ELECTRONIC SERVICE:**  I electronically served the document(s) described above via File & Serve*Xpress*, on the recipients designated on the Transaction Receipt located on the File & Serve*Xpress* website (www.fileandserveexpress.com) pursuant to the Court Order establishing the case website and authorizing service of documents.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on September 21, 2018, at San Francisco, California.



KRISTINA ESQUIVEL

DENTONS US LLP
ONE MARKET PLAZA, SPEAR TOWER, 24TH FLOOR
SAN FRANCISCO, CALIFORNIA 94105
(415) 267-4000

**File & ServeXpress Transaction Receipt**

| | |
|---|---|
| **File & ServeXpress Transaction ID:** | 62480309 |
| **Submitted by:** | Kristina Esquivel, Dentons US LLP **-** San Francisco |
| **Authorized by:** | Emily Ayers, Dentons US LLP **-** San Francisco |
| **Authorize and file on:** | Sep 21 2018 3:37PM PDT   ⓘ |

| | |
|---|---|
| **Court:** | CA Superior Court County of Alameda-eService |
| **Division/Courtroom:** | N/A |
| **Case Class:** | Asbestos-In Re: Alameda County Asbestos Litigation |
| **Case Type:** | Asbestos |
| **Case Number:** | RG18893674 |
| **Case Name:** | Espinosa, Angela vs Certainteed Corp et al |

| | |
|---|---|
| **Transaction Option:** | Serve Only **-** Public |
| **Billing Reference:** | 15026123-000025 |
| **Read Status for e-service:** | Not Purchased |

**Documents List**

**9 Document(s)**

| Attached Document, 1 Pages | Document ID: 82025543 | | |
|---|---|---|---|
| **Document Type:** Correspondence | **Access:** Secure Public | **Statutory Fee:** $0.00 | **Linked:** |

| **Document title:** |
|---|
| Sept. 21, 2018 Letter re discovery |

| Attached Document, 11 Pages | Document ID: 82025544 | | |
|---|---|---|---|
| **Document Type:** Discovery | **Access:** Secure Public | **Statutory Fee:** $0.00 | **Linked:** |

| **Document title:** |
|---|
| CERTAINTEED CORPORATION'S SPECIAL INTERROGATORIES TO PLAINTIFF PATRICIA L. FONSETH (SET ONE) |

| Attached Document, 10 Pages | Document ID: 82025545 | | |
|---|---|---|---|
| **Document Type:** Discovery | **Access:** Secure Public | **Statutory Fee:** $0.00 | **Linked:** |

| **Document title:** |
|---|
| CERTAINTEED CORPORATION'S SPECIAL INTERROGATORIES TO PLAINTIFF CHRISTOPHER M. ESPINOSA (SET ONE) |

| Attached Document, 10 Pages | Document ID: 82025546 | | |
|---|---|---|---|
| **Document Type:** Discovery | **Access:** Secure Public | **Statutory Fee:** $0.00 | **Linked:** |

| **Document title:** |
|---|
| CERTAINTEED CORPORATION'S SPECIAL INTERROGATORIES TO PLAINTIFF ANGELA D. ESPINOSA (SET ONE) |

| Attached Document, 10 Pages | Document ID: 82025547 | | |
|---|---|---|---|
| **Document Type:** Discovery | **Access:** Secure Public | **Statutory Fee:** $0.00 | **Linked:** |

| **Document title:** |
|---|
| CERTAINTEED CORPORATION'S SPECIAL INTERROGATORIES TO PLAINTIFF TRISTA HAGGARD (SET ONE) |

| Attached Document, 4 Pages | Document ID: 82025548 | | |
|---|---|---|---|
| **Document Type:** Discovery | **Access:** Secure Public | **Statutory Fee:** $0.00 | **Linked:** |

| **Document title:** |
|---|
| DEFENDANT CERTAINTEED CORPORATION'S REQUEST FOR PRODUCTION OF DOCUMENTS TO PLAINTIFF TRISTA HAGGARD (SET ONE) |

| Attached Document, 4 Pages | | | |
|---|---|---|---|
| **Document Type:** | **Access:** | **Statutory Fee:** | **Linked:** |

| | |
|---|---|
| Discovery | Secure Public | $0.00 | |

**Document title:**
DEFENDANT CERTAINTEED CORPORATION'S REQUEST FOR PRODUCTION OF DOCUMENTS TO PLAINTIFF ANGELA D. ESPINOSA (SET ONE)

**Attached Document, 4 Pages**

| Document Type: | Access: | Statutory Fee: | Linked: |
|---|---|---|---|
| Discovery | Secure Public | $0.00 | |

**Document title:**
DEFENDANT CERTAINTEED CORPORATION'S REQUEST FOR PRODUCTION OF DOCUMENTS TO PLAINTIFF CHRISTOPHER M. ESPINOSA (SET ONE)

**Attached Document, 4 Pages**

| Document Type: | Access: | Statutory Fee: | Linked: |
|---|---|---|---|
| Discovery | Secure Public | $0.00 | |

**Document title:**
DEFENDANT CERTAINTEED CORPORATION'S REQUEST FOR PRODUCTION OF DOCUMENTS TO PLAINTIFF PATRICIA L. FONSETH (SET ONE)

Expand All

⊟ **Sending Parties (1)**

| Party | Party Type | Attorney | Firm | Attorney Type |
|---|---|---|---|---|
| CERTAINTEED CORP | Defendant | Lee, Jennifer | Dentons US LLP - San Francisco | Attorney in Charge |

⊟ **Recipients (2)**

⊟ Service List (2)

| Delivery Option | Party | Party Type | Attorney | Firm | Attorney Type | Method |
|---|---|---|---|---|---|---|
| Service | Espinosa, Angela | Plaintiff | Langdoc, John | Kazan McClain Satterley & Greenwood | Attorney in Charge | E-Service |
| Service | Espinosa, Angela | Plaintiff | Smith, Denise R | Kazan McClain Satterley & Greenwood | Attorney in Charge | E-Service |

⊟ Additional Recipients (0)

⊞ **Case Parties**

[ Close ]

**About File & ServeXpress (http://www.fileandservexpress.com/about-us)** | **Resource Center (https://resourcecenter.fileandservexpress.com/resourcecenterwebui/default.aspx?ut=FC)** | **FAQs (/FSXMasterPage/FAQ)** | **Terms & Conditions (https://secure.fileandservexpress.com/agreement.htm)** | **Privacy (http://www.fileandservexpress.com/privacy)**

© 2018 File & ServeXpress, LLC. All rights reserved.

**Client Support**
☎ 1-888-529-7587
✉ support@fileandserve.com (mailto:support@fileandserve.com)
💬 Chat Online



62480309
Sep 21 2018
03:37PM

1   LISA L. OBERG (SBN 120139)
        Lisa.Oberg@dentons.com
2   JENNIFER J. LEE (SBN 203774)
        Jennifer.Lee@dentons.com
3   EMILY K. AYERS (SBN 236698)
        Emily.Ayers@dentons.com
4   DENTONS US LLP
    One Market Plaza, Spear Tower, 24th Floor
5   San Francisco, California 94105
    *Telephone:*    415.267.4000
6   *Facsimile:*    415.267.4198

7   NEIL LLOYD (SBN 317457)
        nlloyd@schiffhardin.com
8   SCHIFF HARDIN LLP
    233 S. Wacker Drive, Suite 7100
9   Chicago, Illinois 60606
    *Telephone:*    312.258-5500
10  *Facsimile:*    312 258-5600

11  Attorneys for Defendant
    CERTAINTEED CORPORATION

12

13              SUPERIOR COURT OF THE STATE OF CALIFORNIA

14                       COUNTY OF ALAMEDA

15

16  ANGELA D. ESPINOSA, *et al.*,          CASE NO. RG18893674

17              Plaintiffs,               **DEFENDANT CERTAINTEED CORPORATION'S**
                                          **REQUEST FOR PRODUCTION OF DOCUMENTS**
18         v.                             **TO PLAINTIFF TRISTA HAGGARD (SET ONE)**

19  CERTAINTEED CORPORATION, *et al.*,

20              Defendants.

21

22  PROPOUNDING PARTY:        Defendant CERTAINTEED CORPORATION

23  RESPONDING PARTY:         Plaintiff TRISTA HAGGARD

24  SET NO.:                  ONE

25

26

27

28

DENTONS US LLP
ONE MARKET PLAZA, SPEAR TOWER, 24TH FLOOR
SAN FRANCISCO, CALIFORNIA 94105
(415) 267-4000

DENTONS US LLP
ONE MARKET PLAZA, SPEAR TOWER, 24TH FLOOR
SAN FRANCISCO, CALIFORNIA 94105
(415) 267-4000

**TO PLAINTIFF AND PLAINTIFF'S ATTORNEY OF RECORD HEREIN:**

Defendant CERTAINTEED CORPORATION, hereby requests that plaintiff respond to the following Request for Production of Documents in accordance with California Code of Civil Procedure sections 2031.210 et seq.; and that responsive documents be produced within thirty (30) days of the date of this writing at 10:00 a.m. at the law offices of DENTONS US LLP, One Market Plaza, Spear Tower 24th Floor, San Francisco, California 94105.

Any documents previously produced through discovery will be excused if a formal response to this request sets forth each and every such document with particularity, including date, author, sender and recipient.

If you contend that any document within the scope of this request is privileged and is not subject to production, please identify each document in your written response with particularity, including the description, date of the item, all persons with access to the item, and the reasons why you believe the document is privileged.

<u>**REQUESTS FOR PRODUCTION**</u>

<u>**REQUEST FOR PRODUCTION NO. 1:**</u>

Any and all DOCUMENTS identified and/or relied upon in plaintiff's responses to Defendant CERTAINTEED CORPORATION's Special Interrogatories, Set One, served herewith.

Any and all DOCUMENTS identified and/or relied upon in YOUR responses to Defendant CERTAINTEED CORPORATION's Special Interrogatories, Set One, served herewith.

(As used in this interrogatory and hereinafter, "YOU" and "YOUR," refers to plaintiffs, plaintiffs' attorney, employee(s), agent(s), investigator(s), and any other person(s) working under their direction or on plaintiffs' behalf.)

(As used in this Request for Production and throughout these requests, "DOCUMENT" means a writing, as defined in Evidence Code section 250, and includes the original or a copy of handwriting, typewriting, printing, photostats, photographs, electronically stored information, and every other means of recording upon any tangible thing and form of communicating or

///

///

1

1  representation, including letters, words, pictures, sounds, or symbols, or combinations of them.)

2

3  Dated:  September 21, 2018                DENTONS US LLP

4

5                                          By: _____

6                                              LISA L. OBERG
                                                JENNIFER J. LEE
7                                               EMILY K. AYERS

8                                          Attorneys for Defendant
                                           CERTAINTEED CORPORATION
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DENTONS US LLP
ONE MARKET PLAZA, SPEAR TOWER, 24TH FLOOR
SAN FRANCISCO, CALIFORNIA 94105
(415) 267-4000

2

**PROOF OF SERVICE**

*Angela D. Espinosa, et al. v. CertainTeed Corporation, et al.*
Alameda County Superior Court Case No. RG18893674

At the time of service, I was over 18 years of age and **not a party to this action**.  I am employed in the County of San Francisco, State of California.  My business address is One Market Plaza, Spear Tower, 24th Floor, San Francisco, CA 94105-1101, United States.

On September 21, 2018, I served true copies of the following document(s) described as **DEFENDANT CERTAINTEED CORPORATION'S REQUEST FOR PRODUCTION OF DOCUMENTS TO PLAINTIFF TRISTA HAGGARD (SET ONE)** on the interested parties in this action as follows:

**BY ELECTRONIC SERVICE:**  I electronically served the document(s) described above via File & Serve*Xpress*, on the recipients designated on the Transaction Receipt located on the File & Serve*Xpress* website (www.fileandservexpress.com) pursuant to the Court Order establishing the case website and authorizing service of documents.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on September 21, 2018, at San Francisco, California.

_____
KRISTINA ESQUIVEL

DENTONS US LLP
ONE MARKET PLAZA, SPEAR TOWER, 24TH FLOOR
SAN FRANCISCO, CALIFORNIA 94105
(415) 267-4000

Case 3:18-cv-07059-VC Document 1-4 Filed 11/20/18 Page 24 of 25

**File & ServeXpress Transaction Receipt**

| | |
|---|---|
| File & ServeXpress Transaction ID: | 62480309 |
| Submitted by: | Kristina Esquivel, Dentons US LLP - San Francisco |
| Authorized by: | Emily Ayers, Dentons US LLP - San Francisco |
| Authorize and file on: | Sep 21 2018 3:37PM PDT |

| | |
|---|---|
| Court: | CA Superior Court County of Alameda-eService |
| Division/Courtroom: | N/A |
| Case Class: | Asbestos-In Re: Alameda County Asbestos Litigation |
| Case Type: | Asbestos |
| Case Number: | RG18893674 |
| Case Name: | Espinosa, Angela vs Certainteed Corp et al |

| | |
|---|---|
| Transaction Option: | Serve Only - Public |
| Billing Reference: | 15026123-000025 |
| Read Status for e-service: | Not Purchased |

**Documents List**

**9 Document(s)**

**Attached Document, 1 Pages   Document ID: 82025543**

| Document Type:<br>Correspondence | Access:<br>Secure Public | Statutory Fee:<br>$0.00 | Linked: |
|---|---|---|---|

**Document title:**
Sept. 21, 2018 Letter re discovery

**Attached Document, 11 Pages   Document ID: 82025544**

| Document Type:<br>Discovery | Access:<br>Secure Public | Statutory Fee:<br>$0.00 | Linked: |
|---|---|---|---|

**Document title:**
CERTAINTEED CORPORATION'S SPECIAL INTERROGATORIES TO PLAINTIFF PATRICIA L. FONSETH (SET ONE)

**Attached Document, 10 Pages   Document ID: 82025545**

| Document Type:<br>Discovery | Access:<br>Secure Public | Statutory Fee:<br>$0.00 | Linked: |
|---|---|---|---|

**Document title:**
CERTAINTEED CORPORATION'S SPECIAL INTERROGATORIES TO PLAINTIFF CHRISTOPHER M. ESPINOSA (SET ONE)

**Attached Document, 10 Pages   Document ID: 82025546**

| Document Type:<br>Discovery | Access:<br>Secure Public | Statutory Fee:<br>$0.00 | Linked: |
|---|---|---|---|

**Document title:**
CERTAINTEED CORPORATION'S SPECIAL INTERROGATORIES TO PLAINTIFF ANGELA D. ESPINOSA (SET ONE)

**Attached Document, 10 Pages   Document ID: 82025547**

| Document Type:<br>Discovery | Access:<br>Secure Public | Statutory Fee:<br>$0.00 | Linked: |
|---|---|---|---|

**Document title:**
CERTAINTEED CORPORATION'S SPECIAL INTERROGATORIES TO PLAINTIFF TRISTA HAGGARD (SET ONE)

**Attached Document, 4 Pages   Document ID: 82025548**

| Document Type:<br>Discovery | Access:<br>Secure Public | Statutory Fee:<br>$0.00 | Linked: |
|---|---|---|---|

**Document title:**
DEFENDANT CERTAINTEED CORPORATION'S REQUEST FOR PRODUCTION OF DOCUMENTS TO PLAINTIFF TRISTA HAGGARD (SET ONE)

**Attached Document, 4 Pages**

| Document Type: | Access: | Statutory Fee: | Linked: |
|---|---|---|---|

| | | | |
|---|---|---|---|
| Discovery | Secure Public | $0.00 | |

**Document title:**
DEFENDANT CERTAINTEED CORPORATION'S REQUEST FOR PRODUCTION OF DOCUMENTS TO PLAINTIFF ANGELA D. ESPINOSA (SET ONE)

**Attached Document, 4 Pages**

| Document Type:<br>Discovery | Access:<br>Secure Public | Statutory Fee:<br>$0.00 | Linked: |
|---|---|---|---|

**Document title:**
DEFENDANT CERTAINTEED CORPORATION'S REQUEST FOR PRODUCTION OF DOCUMENTS TO PLAINTIFF CHRISTOPHER M. ESPINOSA (SET ONE)

**Attached Document, 4 Pages**

| Document Type:<br>Discovery | Access:<br>Secure Public | Statutory Fee:<br>$0.00 | Linked: |
|---|---|---|---|

**Document title:**
DEFENDANT CERTAINTEED CORPORATION'S REQUEST FOR PRODUCTION OF DOCUMENTS TO PLAINTIFF PATRICIA L. FONSETH (SET ONE)

Expand All

⊟ **Sending Parties (1)**

| Party | Party Type | Attorney | Firm | Attorney Type |
|---|---|---|---|---|
| CERTAINTEED CORP | Defendant | Lee, Jennifer | Dentons US LLP - San Francisco | Attorney in Charge |

⊟ **Recipients (2)**

⊟ Service List (2)

| Delivery Option | Party | Party Type | Attorney | Firm | Attorney Type | Method |
|---|---|---|---|---|---|---|
| Service | Espinosa, Angela | Plaintiff | Langdoc, John | Kazan McClain Satterley & Greenwood | Attorney in Charge | E-Service |
| Service | Espinosa, Angela | Plaintiff | Smith, Denise R | Kazan McClain Satterley & Greenwood | Attorney in Charge | E-Service |

⊟ Additional Recipients (0)

⊞ **Case Parties**

[ Close ]

---

**About File & ServeXpress (http://www.fileandservexpress.com/about-us)** | **Resource Center (https://resourcecenter.fileandservexpress.com/resourcecenterwebui/default.aspx?ut=FC)** | **FAQs (/FSXMasterPage/FAQ)** | **Terms & Conditions (https://secure.fileandservexpress.com/agreement.htm)** | **Privacy (http://www.fileandservexpress.com/privacy)**

**Client Support**

© 2018 File & ServeXpress, LLC. All rights reserved.

☎ 1-888-529-7587

✉ support@fileandserve.com (mailto:support@fileandserve.com)

💬 Chat Online