EXHIBIT "7"

| Date Filed (From court docket) | Description | Pages | Price | Service Date (FSX) | Document Number | |
|---|---|---|---|---|---|---|
| 11/15/2018 | Motion for Further Production of Documents Hearing Dropped from dept: 17 date: 11/29/2018 time: 09:0 | | | | | |
| 11/15/2018 | Motion to Compel Further Answers to Interrogatories Hearing Dropped from dept: 17 date: 11/29/2018 t | | | | | |
| 11/15/2018 | Reply Filed | 7 | $6.00 | 11/15/2018 | 1 | |
| 11/8/2018 | Request for Judicial Notice Filed for Angela D. Espinosa, individually and, Christopher M. Espinsoa, | 29 | $17.00 | 11/8/2018 | 2 | |
| 11/8/2018 | Objections of Angela D. Espinosa, individually and, Christopher M. Espinosa, Trista Haggard Filed | 2 | $2.00 | 11/8/2018 | 2 | |
| 11/8/2018 | Declaration of Denise R. Smith in Support of Plaintiffs' Combined Opposition Filed by Angela D. Esp | 3 | $3.00 | 11/8/2018 | 2 | |
| 11/8/2018 | Opposition to Supplemental Briefs in Support of Motion to Compel Filed | 9 | $7.00 | 11/8/2018 | 2 | |
| 11/1/2018 | Memorandum of Points and Authorities in Reply Filed | 91 | $40.00 | 11/1/2018 | 3 | |
| 11/1/2018 | Memorandum of Points and Authorities in Reply Filed | 91 | $40.00 | 11/1/2018 | 4 | |
| 11/1/2018 | Case Management Conf Continuance 02/14/2019 09:00 AM D- 17 | | | | | |
| 11/1/2018 | Case Management Conference Order Issued | 3 | | n/a | 5 | |
| 11/1/2018 | Case Management Conference Commenced and Completed | 1 | | n/a | 6 | |
| 10/31/2018 | Notice of Hearing Case management conference Filed | 4 | | 10/31/2018 | 7 | |
| 10/26/2018 | Joint Case Management Statement Filed | 9 | $7.00 | 10/26/2018 | 8 | |
| 10/24/2018 | Motion for Further Production of Documents Reservation Set for dept: 17 date: 11/29/2018 time: 09:00 | | | | | |
| 10/24/2018 | Motion to Compel Further Answers to Interrogatories Reservation Set for dept: 17 date: 11/29/2018 ti | | | | | |
| 10/18/2018 | Hearing Continued to Civil Law and Motion dept: 17 date: 11/29/2018 time: 09:00 AM | | | | | |
| 10/18/2018 | Motion to Compel Further Answers to Interrogatories - Motion Rescheduled | 5 | $5.00 | n/a | 9 | |
| 10/18/2018 | Civil Law and Motion Hearing Commenced and Continued | 2 | $2.00 | | 10 | |
| 10/18/2018 | Hearing Continued to Civil Law and Motion dept: 17 date: 11/29/2018 time: 09:00 AM | | | | | |
| 10/18/2018 | Motion to Compel (Motion) - Motion Rescheduled | 5 | $5.00 | n/a | 11 | |
| 10/18/2018 | Civil Law and Motion Hearing Commenced and Continued | 2 | $2.00 | | 12 | |
| 10/16/2018 | Answer to Complaint Filed for Sully-Miller Contracting Company, individually and as successor-in-in | 16 | $10.50 | 10/16/2018 | 13 | |
| 10/11/2018 | Declaration in Support Filed | 6 | $5.50 | 10/11/2018 | 14 | |
| 10/11/2018 | Reply to opposition to Motion to Compel Filed | 5 | $5.00 | 10/11/2018 | 14 | |
| 10/11/2018 | Declaration in Support of Emily Ayers Filed | 6 | $5.50 | 10/11/2018 | 15 | |
| 10/11/2018 | Reply to Opposition to Motion to Compel Filed | 8 | $6.50 | 10/11/2018 | 15 | |
| 10/4/2018 | Proposed Order Received | 1 | $1.00 | 10/4/2018 | 16 | |
| 10/4/2018 | Opposition Filed | 11 | $8.00 | 10/4/2018 | 17 | |
| 10/4/2018 | Declaration Filed | 20 | $12.50 | 10/4/2018 | 16 | |
| 10/4/2018 | Proof of Service Filed | 3 | $3.00 | 10/4/2018 | 16 | |
| 10/4/2018 | Opposition Filed | 10 | $7.50 | 10/4/2018 | 16 | |
| 10/4/2018 | Proposed Order Received | 1 | $1.00 | 10/4/2018 | 17 | |
| 10/4/2018 | Opposition Filed | 18 | $11.50 | 10/4/2018 | 17 | |
| 10/4/2018 | Declaration in Opposition Filed by Angela D. Espinosa, individually and, Christopher M. Espinosa, T | 22 | $13.50 | 10/4/2018 | 17 | |
| 10/4/2018 | Proof of Service Filed | 2 | $2.00 | 10/4/2018 | 17 | |
| 9/24/2018 | Motion to Compel (Motion) Hearing Confirmed for 10/18/2018 09:00 AM D- 17 | | | | | |
| 9/24/2018 | Motion to Compel (Motion) Filed for Defendant | 138 | $40.00 | 9/24/2018 | 18 | |
| 9/24/2018 | Motion to Compel Further Answers to Interrogatories Hearing Confirmed for 10/18/2018 09:00 AM D- 17 | | | | | |
| 9/24/2018 | Motion to Compel Further Answers to Interrogatories Filed for Defendant | 146 | $40.00 | 9/24/2018 | 19 | |
| 9/20/2018 | Miscellaneous Informal Discovery Correspondence between court and counsel Filed | 7 | $6.00 | | 20 | |
| 9/19/2018 | Dismissal As to Defendant: Foster Wheeler LLC Entered | | | | | |
| 9/19/2018 | Request Re: Dismissal w/o prejudice - partial as to: party Foster Wheeler LLC Filed | 2 | $2.00 | not served | 21 | |
| 8/29/2018 | Hearing Reset to Case Management Conf Continuance 11/01/2018 09:00 AM D- 17 | 2 | | n/a | 22 | |
| 8/28/2018 | Notice of Judicial Reassignment for All Purposes Issued | 6 | $5.50 | n/a | 23 | |
| 8/16/2018 | Proof of Service on Complaint As to Foster Wheeler LLC Filed | 3 | $3.00 | | 24 | |
| 8/6/2018 | Amendment to Complaint substituting True name(s) for Doe(s) Filed | 1 | $1.00 | not served | 25 | |
| 8/3/2018 | Case Management Conf Continuance 11/02/2018 09:15 AM D- 23 | | | | | |
| 8/3/2018 | Case Management Conference Order Issued | 2 | | 8/1/2018 | 26 | |
| 8/3/2018 | Compliance Hearing Commenced and Completed | 2 | $2.00 | n/a | 26 | |
| 7/20/2018 | Notice of Change of Address Filed | 5 | $5.00 | 7/19/2018 | 27 | |
| 7/20/2018 | Miscellaneous Compliance Hearing Statement Filed | 3 | $3.00 | 7/20/2018 | 28 | |
| 7/16/2018 | Answer to 1st Amended Complaint Filed for Certainteed Corporation indivdually and as successer-in-in | 12 | $8.50 | 7/16/2018 | 29 | |
| 7/12/2018 | Certified Copy of Remand Order Filed | 12 | $8.50 | | 30 | |
| 6/22/2018 | Notice of Remand (Immediate) Filed | 6 | $5.50 | 6/22/18 (UPS) | 31 | |
| 4/5/2018 | Notice of Compliance Hearing Filed | 4 | $4.00 | | 32 | |
| 4/3/2018 | Compliance Hearing 08/03/2018 09:15 AM D- 23 | | | | | *4/3/18: NOTICE OF ENTRY OF |
| 4/3/2018 | Case Management Conference Order Issued | 1 | | n/a | 33 | STIPULATION AND ORDER |
| 4/3/2018 | Case Management Conference Commenced and Completed | 1 | | n/a | 34 | AUTHORIZING ELECTRONIC |
| 3/28/2018 | Case Management Statement of Designated Defense Counsel Filed | 6 | $5.50 | n/a | 35 | SERVICE SERVED |
| 3/27/2018 | Summons Issued and Filed | 2 | $2.00 | n/a | 36 | *No e-serve using File&ServeXpress was |
| 3/27/2018 | First Amended Complaint Filed | 19 | $12.00 | 3/26/2018 | 37 | |
| 3/27/2018 | Proof of Personal Service on Complaint Asbestos As to Certainteed Corporation indivdually and as suc | 1 | $1.00 | n/a | 38 | |
| 3/27/2018 | Proof of Personal Service on Complaint Asbestos As to The Republic Supply Company of California File | 1 | $1.00 | n/a | 39 | |
| 3/26/2018 | Proof of Service by Mail Filed | 1 | $1.00 | n/a | 40 | |
| | No Docs needed below this point | | | | | |
| 3/26/2018 | Proof of Service (Amended) on Filed | 2 | $2.00 | n/a | | |
| 3/26/2018 | Notice of Removal Filed for Certainteed Corporation indivdually and as successer-in-interest, parent | 582 | | n/a | | |
| 3/23/2018 | Application Re: Amend Complaint Granted | 2 | $2.00 | | | |
| 3/23/2018 | Miscellaneous Attendance Sheet Filed | 1 | $1.00 | | | |
| 3/23/2018 | Civil Ex-Parte Commenced and Completed | 1 | $1.00 | | | |
| 3/23/2018 | Notice of Entry of Order Filed | 6 | $5.50 | | | |
| 3/23/2018 | Request Re: Peremptory Challenge as to Brad Seligman Granted | 2 | $2.00 | | | |
| 3/23/2018 | Answer to Complaint Filed for The Republic Supply Company of California | 13 | $9.00 | | | |
| 3/22/2018 | Civil Ex-Parte 03/23/2018 09:00 AM D- 23 | 2 | $2.00 | | | |
| 3/22/2018 | Application Re: Amend Complaint Filed for Angela D. Espinosa, individually and, Christopher M. Espin | 49 | $27.00 | | | |
| 3/22/2018 | Proof of Personal Service on Complaint Asbestos As to Keenan Properties, Inc. Filed | 1 | $1.00 | | | |
| 3/22/2018 | Request Re: Peremptory Challenge as to Brad Seligman Filed for Keenan Properties, Inc. | 3 | $3.00 | | | |
| 3/22/2018 | Demand for Jury Trial Filed | 2 | $2.00 | | | |
| 3/22/2018 | Answer to Complaint Filed for Keenan Properties, Inc. | 10 | $7.50 | | | |
| 3/21/2018 | Stipulation And Order Authorizing Electronic Service Filed | 8 | $6.50 | | | |
| 3/20/2018 | Answer to Complaint Filed for Allied Fluid Products Corp., | 10 | $7.50 | | | |
| 3/20/2018 | Other Ex Parte Reservation Set for dept: 23 date: 03/23/2018 time: 09:00 AM | | | | | |
| 3/19/2018 | Proof of Service Filed | 1 | $1.00 | | | |
| 3/12/2018 | Miscellaneous Declaration of Service Filed | 1 | $1.00 | | | |
| 3/9/2018 | Order Designated Defense Counsel Filed | 10 | $7.50 | | | |
| 3/9/2018 | Complex Designation Order - Case Ruled Complex Filed | 1 | $1.00 | | | |
| 3/9/2018 | Miscellaneous Preliminary Fact Sheet Filed | 3 | $3.00 | | | |

| Date | Description | Pages | Fee | | |
|---|---|---|---|---|---|
| 3/9/2018 | Order re Case Management Filed | 7 | $6.00 | | |
| 3/6/2018 | Proof of Service on Complaint As to Certainteed Corporation indivdually and as successer-in-interes | 3 | $3.00 | | |
| 3/6/2018 | Proof of Service on Complaint As to Keenan Properties, Inc. Filed | 3 | $3.00 | | |
| 3/5/2018 | Proof of Service on Complaint As to Certainteed Corporation indivdually and as successer-in-interes | 2 | $2.00 | | |
| 3/5/2018 | Proof of Service on Complaint As to Keenan Properties, Inc. Filed | 3 | $3.00 | | |
| 2/28/2018 | Proof of Service on Complaint As to The Republic Supply Company of California Filed | 3 | $3.00 | | |
| 2/26/2018 | Case Management Conference 04/03/2018 03:00 PM D- 23 | 2 | | | |
| 2/23/2018 | Proof of Service on Complaint As to Sully-Miller Contracting Company, individually and as successo | 2 | $2.00 | | |
| 2/23/2018 | Proof of Service on Complaint As to Allied Fluid Products Corp., Filed | 2 | $2.00 | | |
| 2/20/2018 | Notice of of Posting Jury Fees, Demand for Trial By Jury Filed | 1 | $1.00 | | |
| 2/20/2018 | Summons on Complaint Issued and Filed | 2 | $2.00 | | |
| 2/20/2018 | Complaint Asbestos Filed (Amended) | 17 | $11.00 | | |
| 2/20/2018 | Complex Designation Requested | | | | |
| 2/20/2018 | Civil Case Cover Sheet Filed for Angela D. Wspinosa | 2 | $2.00 | | |