1 LISA L. OBERG (SBN 120139)
lisa.oberg@dentons.com
2 JENNIFER J. LEE (SBN 203774)
jennifer.lee@dentons.com
3 EMILY K. AYERS (SBN 236698)
emily.ayers@dentons.com
4 DENTONS US LLP
One Market Plaza, Spear Tower, 24th Floor
5 San Francisco, California 94105
Telephone: (415) 267-4000
6 Facsimile: (415) 267 4198

7 NEIL LLOYD (SBN 317457)
nlloyd@schiffhardin.com
8 SCHIFF HARDIN
233 S. Wacker Drive, Suite 7100
9 Chicago, IL 60606
Telephone: (312) 258-5500
10 Facsimile: (312) 258-5600

11 Attorneys for Defendant
CERTAINTEED CORPORATION

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGELA D. ESPINOSA, individually and as successor-in-interest to EDWARD M. ESPINOSA; CHRISTOPHER M. ESPINOSA; TRISTA HAGGARD; and PATRICIA L. FONSETH,<br><br>Plaintiffs,<br><br>vs.<br><br>CERTAINTEED CORPORATION, *et al.*<br><br>Defendants. | Case No. 4:18-cv-07059-HSG<br><br>**STIPULATION RE: MODIFIED BRIEFING SCHEDULE FOR MOTION TO REMAND** AND ORDER |

DENTONS US LLP
ONE MARKET PLAZA, SPEAR TOWER, 24TH FLOOR
SAN FRANCISCO, CALIFORNIA 94105
(415) 267-4000

Plaintiffs Angela D. Espinosa et al. ("Plaintiffs") and Defendant CertainTeed Corporation ("CertainTeed"), by and through their respective counsel, and in accordance with Local Civil Rule 6-2 and pursuant to the accompanying Declaration of Emily K. Ayers, hereby stipulate and request that the Court approve the following proposed briefing schedule for Plaintiffs' Motion to Remand:

1. Deadline for CertainTeed to file its Opposition: **January 17, 2018**; and
2. Deadline for Plaintiffs to file their Reply: **January 31, 2018**.

The parties hereby request the Court enter the proposed Order submitted with this stipulation without further notice or presentation.

IT IS SO STIPULATED:

Dated: December 28, 2018    DENTONS US LLP

By: /s/ Emily K. Ayers
    LISA L. OBERG
    JENNIFER J. LEE
    EMILY K. AYERS

Attorneys for Defendant
CERTAINTEED CORPORATION

Dated: December 28, 2018    KAZAN, MCCLAIN SATTERLEY & GREENWOOD

By: /s/ Denise R. Smith
    DENISE R. SMITH

Attorneys for Plaintiffs

**ORDER**

Pursuant to the foregoing Stipulation, IT IS SO ORDERED.

Dated: 1/2/2019

_____
HONORABLE HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT COURT