John L. Langdoc, Esq. (C.S.B. #235509)
Denise R. Smith, Esq. (C.S.B. #309225)
dsmith@kazanlaw.com
KAZAN, McCLAIN, SATTERLEY & GREENWOOD
A Professional Law Corporation
Jack London Market
55 Harrison Street, Suite 400
Oakland, California 94607
Telephone: (510) 302-1000
Facsimile: (510) 835-4913

Attorneys for Plaintiffs

Kazan, McClain, Satterley & Greenwood
A Professional Law Corporation
Jack London Market • 55 Harrison Street, Suite 400 • Oakland, California 94607
(510) 302-1000 • Fax: (510) 835-4913 • www.kazanlaw.com

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ANGELA D. ESPINOSA, et al.,

Plaintiffs,

v.

CERTAINTEED CORPORATION, et al.,

Defendants.

Case No. 4:18-cv-07059-HSG

**~~[PROPOSED]~~ ORDER RE: STIPULATION BETWEEN PLAINTIFFS AND DEFENDANTS TO EXTEND THE DUE DATE FOR RULE 26 INITIAL DISCLOSURES**

Courtroom: 2 (Judge Haywood S. Gilliam, Jr.)

Case Removed: November 20, 2018

Pursuant to the stipulation between Plaintiffs and Defendants, and good cause having been shown, it is hereby ordered that the date for the parties' Rule 26(a)(1) initial disclosures is extended, and such disclosures shall be made 30 days after the Court issues its rulings on the pending motion to remand by Plaintiffs.

**PURSUANT TO THE STIPULATION, IT IS SO ORDERED.**

DATED: 1/15/2019

HAYWOOD S. GILLIAM, JR.
United States District Judge