# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGELA D. ESPINOSA, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>CERTAINTEED CORPORATION, et al.,<br><br>Defendants. | Case No. 18-cv-07059-HSG<br><br>**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable Vince Chhabria for consideration of whether the case is related to *Espinosa v. Certainteed Corp.*, 3:18-cv-01833-VC.

**IT IS SO ORDERED.**

Dated: 1/15/2019

HAYWOOD S. GILLIAM, JR.
United States District Judge